IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| VERNIE KENT, | | |
| Plaintiff, | | **8:23CV3059** |
| vs. | | |
| KADE WARNER, | | **ORDER OF DISMISSAL** |
| Defendant. | | |

This matter comes before the Court on the parties' Joint Stipulated Motion to Dismiss (Filing No. 82).  The Court, being advised in the premises, finds that such an Order is proper.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that this case be dismissed with prejudice with each party to pay its own costs, complete record waived.

Dated this 14th day of July, 2025.

BY THE COURT:

s/ Joseph F. Bataillon
Senior United States District Judge